IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00349-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DENIS VOLKOV,

    Defendant.

_____

**GOVERNMENT'S SENTENCING STATEMENT AND RESPONSE TO DEFENDANT'S SENTENCING STATEMENT (DOCUMENT NO. 136)**
_____

    COMES NOW the United States of America, by and through Assistant United States Attorney David M. Conner, and respectfully submits this sentencing statement and responds to defendant Denis Volkov's Sentencing Memorandum (Document No. 136).

    Defendant Denis Volkov should be sentenced as contemplated in the plea agreement to a term of 84 months imprisonment.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    By: *s/David M. Conner*
    DAVID M. CONNER
    Assistant U.S. Attorney
    United States Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0403
    Email: dave.conner@usdoj.gov
    Attorney for Government

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of July, 2014, I electronically filed the foregoing **GOVERNMENT'S SENTENCING STATEMENT AND RESPONSE TO DEFENDANT'S SENTENCING STATEMENT (DOCUMENT NO. 136)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Timur Gershel Kishinevsky
    tkishlaw@aol.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

    (None)

                    By: s/ Veronica Ortiz
                    VERONICA ORTIZ
                    Legal Assistant
                    United States Attorney's Office
                    1225 Seventeenth Street, Suite 700
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    Facsimile: (303) 454-0406
                    E-mail: Veronica.Ortiz@usdoj.gov